FILED - GR
June 14, 2011 2:50 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jks / SCANNED BY: JY /6/16

1:11-cv-607
Janet T Neff
U.S. District Judge

To United State Distr.   6/ /2011

My Name is Lawrence Moore P.O. Box 156 Spring Lake MI 49456

I ask the Judge Harold F Closz III-P28260 State of Michigan 60th Judicial District, I ask Harold F Closz III to Let me Move this Case No 10005712 SC SC to High Court it. He would not it is a Felonies Case. My Truck Was Stole and Sold, I am ask the United State District to Let this Case Be Heard in a High Court Closz III Said No this is not a Small Claim Court Case I ask that it Be Heard out of the Muskegon Country 60th Judicial District I no it (Race) and Judge Harold F Closz III P28260. Be Sanction

Thank You
Lawrence Moore
Ph# 616-403-1288